| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Hamid Soleimanian, Esq.**<br>**Law Office of Hamid Soleimanian**<br>**16633 Ventura Blvd., #503**<br>**Ventura, CA 91364**<br>**818-501-2040 Fax: 818-501-3560**<br>**lawwhiz@gmail.com**<br><br>*Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Ladan Sheybani**

CHAPTER __13__

CASE NUMBER **1:09-bk-25866-GM**

Debtor(s).

(No Hearing Required)

## NOTICE OF MOTION AND MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (PERSONAL PROPERTY)
**(Creditor Name:  Bank of America  )**
*(Insert Name of Creditor holding Lien to be Avoided)*

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
   Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case:**
   a. ☒ A Voluntary Petition under Chapter   ☐ 7   ☐ 11   ☐ 12   ☒ 13 was filed on:   **11/25/2009**
   b. ☐ An Involuntary Petition under Chapter   ☐ 7   ☐ 11 was filed on:
      ☐ An Order of Relief under Chapter   ☐ 7   ☐ 11 was entered on:
   c. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on:
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of Trustee Appointed (*if any*):   **Elizabeth Rojas**
   b. ☐ Name of Attorney of Record for Trustee (*if any*):

6. Debtor claims an exemption in the subject personal property under:
   a. ☐ California Code of Civil Procedure § _____ (Homestead): Exemption amount claimed on Schedules: $ _____
   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on Schedules: $ _____
   c. ☐ Other Statute (*specify*):
   d: ☐ Other Statute (*specify*):

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                                      **F 9013-1.7**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Order on Motion to Avoid Lien (Personal Property) - Page 3 | F 9013-1.7

| In re | | CHAPTER | 1:09-bk-25866-GM |
|---|---|---|---|
| | **Ladan Sheybani** | | |
| | Debtor(s). | CASE NUMBER | **1:09-bk-25866-GM** |

7. Debtor's entitlement to an exemption is impaired by a non-judicial lien, the details of which are as follows:
   a. On *(specify date)*: **07/01/2008**, Debtor obtained a consumer loan from Respondent in the principal amount of *(specify amount)*: $ **15000 (approximately)**
   b. As security for said loan, Debtor gave Respondent a security interest in certain personal property in Debtor's possession.
   c. The loan was neither obtained nor used for the purpose of buying the personal property described in Paragraph (b) above.
   d. The current balance due on the loan is *(specify amount)*: $ **14470**

8. On Schedule C, Debtor did not claim an exemption in said personal property. Debtor did not claim as exempt due to the fact that the car is under-secured and there is no equity to exempt.

9. Debtor alleges that the fair market value of each individual item of the personal property claimed exempt is set forth in a declaration attached hereto. *(Attach Debtor's declaration to this motion)*

10. Debtor attaches the following documents in support of the motion *(as appropriate)*:
    a. ☐ Schedule C listing all exemptions claimed by Debtor(s)
    b. ☒ Loan agreement
    c. ☐ Security agreement
    d. ☒ Declaration of Fair Market Value
    e. ☐ Other *(specify)*:
    f. ☐ Other *(specify)*:
    g. ☐ Other *(specify)*:

11. Total number of attached pages of supporting documentation: **3**

12. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at **Los Angeles**, California.

WHEREFORE, Debtor prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the subject lien.

Dated: **January 19, 2010**    **/s/ Ladan Sheybani**
*Debtor's Signature*

Dated: **January 19, 2010**    **The Lee Law Firm**
*Law Firm Name*

By: **/s/ Hamid Soleimanian, Esq.**

Name: **Hamid Soleimanian, Esq. 179885**
*Attorney for Debtor*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 9013-1.7

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

**Bank of America**   FINAL DISCLOSURE TRUTH-IN-LENDING

BORROWER(S)

DISCLOSURE DATE 07/09/2008
LENDER BANK OF AMERICA, N.A.

NAME LADAN SHEYBANI    ADDRESS 17328 VENTURA BLVD 213
ENCINO, CA 91316

NAME _____    ADDRESS _____

NAME _____    ADDRESS _____

NAME _____    ADDRESS _____

**DESCRIPTION OF COLLATERAL:**

| New or Used | Year | Make and Model | Collateral identification Number | Loan Purpose |
|---|---|---|---|---|
| USED | 2002 | TOYOTA RAV4 | JTEGH20V520050812 | ☒ Personal  ☐ Business |

**TRUTH-IN-LENDING DISCLOSURE**

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.210 % | $ 4,738.77 (e) | $ 15,518.43 | $ 20,257.20 (e) |

Your payment schedule will be:

(e) means an estimate.

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 72 | 281.35 | Monthly Beginning 08/09/2008 |

Security: You are giving us a security interest in the Collateral described above.
Late Charge: If a payment is more than 10 days late, you will be charged five percent (5%) of the unpaid portion of the scheduled payment or $50, whichever is less.
Filing Fee: $ 15.00
Prepayment Charge: If you pay off early, you will not have to pay a penalty; and will not be entitled to a refund of a part of the finance charge.

**ITEMIZATION OF AMOUNT FINANCED**

1. Amount given to me directly ................................................................ $ 0.00 (1)
2. Amount paid to my Bank loan account ................................................... $ 0.00 (2)
3. Amount paid to others on my behalf ...................................................... $ 15,518.43 (3)
    A. Documentary Stamp Tax............................ To: State ............ $ 0.00
    B. Filing Fees ............................................. To: Public Officials ....... $ 15.00
    C. For: TITLE PROCESSING FEE    To: VINTEK    $ 170.00 *
    D. For: SALES TAX    To: STATE    $ 0.00 *
    E. For: PAYOFF    To: WELLS FARGO 50231581880269001    $ 15,333.43 *
    F. For: _____    To: _____    $ _____ *
    G. For: _____    To: _____    $ _____ *
    H. For: _____    To: _____    $ _____ *
    I. For: _____    To: _____    $ _____ *
    J. For: _____    To: _____    $ _____ *
4. Prepaid Finance Charge .................................................................... $ 30.00 (4)
5. Principal Amount (1, 2, 3, and 4) .......................................................... $ 15,548.43 (5)
6. Total Amount Financed (5 minus 4) ....................................................... $ 15,518.43 (6)

*We may share in or receive a portion of these amounts.

**This document constitutes the Final Truth-in-Lending Disclosure for the Promise to Pay Agreement which includes the Security Agreement and Terms and Conditions that the Borrower has already endorsed.**

GA DD FINAL DISCLOSURE
10-06-2429 NSBW (7-05)            Page 1 of 1            DATE PRINTED  07/09/2008
                                                                      18053798

continued from Page 1

**CREDIT INSURANCE DISCLOSURE:** YOU ARE REQUESTING CREDIT INSURANCE INDICATED HEREIN. YOU AGREE THAT IT IS NOT REQUIRED AS A CONDITION OF THIS LOAN. Please review the information provided by the insurer for more detail concerning the terms and conditions. Please check the appropriate box(es) and sign below if you wish to purchase insurance:

- Single Credit Life Insurance (Borrower only)     Credit Disability Insurance (Borrower only)
- Joint Credit Life Insurance                      Other: _____

Insurer(s): _____
Address: _____
Credit Life    Term: _____  Premium $ _____         Joint Credit Life   Term: _____  Premium $ _____
Credit Disability  Term: _____  Premium $ _____     Other: _____      Term: _____  Premium $ _____

**OPTIONAL GUARANTEED AUTO PROTECTION DISCLOSURE:** YOU ARE REQUESTING GAP COVERAGE INDICATED HEREIN. YOU AGREE THAT IT IS NOT REQUIRED AS A CONDITION OF THIS LOAN AND THAT YOU MAY PURCHASE IT FROM ANY COMPANY YOU WANT WHICH IS AUTHORIZED TO SELL SUCH COVERAGE AND IS ACCEPTABLE TO US. If you wish to purchase Gap coverage under this Agreement and you agree to pay the additional cost for the coverage, please sign below.

I request Gap coverage and agree to pay the additional cost of $ _____
The Gap company is _____ at _____
                    Name of company              Office Address

X _____ / /     X _____ / /
   Borrower     Date        Borrower     Date

X _____ / /     X _____ / /
   Borrower     Date        Borrower     Date

**PROPERTY INSURANCE:** You understand that you are required to purchase property insurance on the Collateral. You can buy this insurance through any person of your choosing acceptable to us (please see reverse side for what could happen if you do not maintain such insurance.)

**PROMISE TO PAY:** You promise to pay to the order of Bank of America, N.A. the Principal Amount plus interest at the Contract Rate of __9.14000__ %. The Principal Amount, and payment schedule disclosed on this Agreement may change based on the date the loan is funded, the final loan terms and the final amount financed. You agree to make regular monthly payments in accordance with the payment schedule reflected on your Final Truth in Lending Disclosure continuing until your loan is paid in full. You may prepay all or any part of the unpaid Principal Amount without paying any penalty. If you prepay, we will not refund to you any portion of the finance charge. If we have not received the full amount of any payment you promise to pay the late charge as disclosed. If any payment under this Agreement is made with a check or other instrument that is dishonored for any reason, you agree to pay us a returned check fee of thirty dollars ($30) in addition to any other amounts or charges you may owe us. Interest will be charged on a daily basis of 1/365 (1/366 in a leap year) beginning on the date all title requirements have been met and funding occurs for the purchase or refinance of the Collateral previously described and continuing until the full amount of the Principal Amount has been paid. This means the amount of interest you pay will be less if you make your payments early and more if you pay late.

**TERMS AND CONDITIONS.** Please see additional pages for Terms and Conditions section. You are bound by these Terms and Conditions.
**SIGNATURE.** By signing below, you agree to all of the terms of this Agreement and request us to issue the loan. You acknowledge receiving a copy of this Agreement.

**NOTICE TO COSIGNER.** You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to and that you want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs which increases this amount. The Bank can collect this debt from you without first trying to collect from the borrower. The Bank can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of your credit record. This notice is not the contract that makes you liable for the debt.

**NOTICE TO CONSUMER.** (1) Do not sign this Agreement before you read it; (2) You are entitled to a copy of this Agreement; (3) You may, at any time, prepay the unpaid balance of this Agreement.

**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT INCLUDING THE ARBITRATION CLAUSE BEFORE YOU SIGN IT.**

Signature _____  Jul 18 08       Signature _____  / /
                           Date                                     Date
Name of Borrower  Ladan Sheybani          Name of Borrower _____

Signature _____  / /             Signature _____  / /
                          Date                                      Date
Name of Borrower _____           Name of Borrower _____

GADD Initial Disclosure
10-06-2428 NSBW (5-07)                    Page 2 of 4

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL — PRINT IN CAPITAL LETTERS — USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY
MAIL THIS FORM TO DMV

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME — FIRST
B. NEW OWNER'S ADDRESS — APT NUMBER
C. ODOMETER READING (NO TENTHS)
D. CITY — STATE — ZIP CODE
E. DATE OF SALE OR LEASE RETURN — MO DAY YR
F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME — FIRST
G. SELLING PRICE (NO CENTS) WHOLE DOLLARS
H. SELLER'S OR LESSEE'S ADDRESS — APT NUMBER
I. SELLER'S OR LESSEE'S SIGNATURE  X
J. CITY — STATE — ZIP CODE

VEHICLE ID NUMBER: JTEGH20V520050812
YR MODEL MAKE: 2002 TOYT
PLATE NUMBER: 4VAE037

REG 138A (REV. 8/2007)

---

### STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

P43090727VT

VEHICLE HISTORY

AUTOMOBILE

VEHICLE ID NUMBER: JTEGH20V520050812
YR MODEL: 2002  MAKE: TOYT  PLATE NUMBER: 4VAE037
BODY TYPE MODEL: UT   AX   UNLADEN WEIGHT   FUEL: G   TRANSFER DATE   FEES PAID: NONE   REGISTRATION EXPIRATION DATE: 11/12/2009
YR 1ST SOLD: 2001   CLASS: FF   YR   MO: QV   EQUIPMT/TRUST NUMBER   ISSUE DATE: 08/04/09
MOTORCYCLE ENGINE NUMBER
ODOMETER DATE: 11/11/2001   ODOMETER READING: 25 MI   ACTUAL MILEAGE

REGISTERED OWNER(S):
SHEYBANI LADAN
17328 VENTURA BLVD 213
ENCINO CA 91316

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.
1a. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER
1b. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ][ ][ ][ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is not the actual mileage   ☐ Mileage exceeds the odometer mechanical limits

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   TRANSFEROR/SELLER SIGNATURE(S)  X
DATE   TRANSFEREE/BUYER SIGNATURE(S)  X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY
PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S):
BK AMER NA
PO BX 2759
JACKSONVILLE
FL 32203

2. X _____ Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

006542   CA119417637
REG 17.30RS (REV.7/07)

KEEP IN A SAFE PLACE — VOID IF ALTERED
VOID WITHOUT BEAR WATERMARK — HOLD TO LIGHT TO VIEW

# DECLARATION OF DEBTOR
# LADAN SHEYBANI

LADAN SHEYBANI declare:

1.\tI know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts.

2.\tI am the debtor in the Chapter 13 Bankruptcy case, Case No. 1:09-bk-25866-GM. I am the owner of a 2002 Toyota Rav 4, vin #JTEGH20V520050812, (the "subject property").

3.\tIn June 2008, I borrowed approximately $15,000 from Bank of America as a personal loan. In exchange for the loan, I gave Bank of America a collateral interest in the above property.

4.\tPrior to the filing of my herein Chapter 13 case, I reviewed the Kelly Blue Book value of my car with my attorney, Mr. Soleimanian.

5.\tThe Kelly Blue Book value is $6,000 in Good condition. My car is in fair condition.

6.\tIn addition to the value given by Kelly Blue Book, I have recently had an accident in the car and I have been unable to have the repairs made. The repairs total an estimated $1200.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on this the <u>19th</u> day of January, 2010.

/s/ LADAN SHEYBANI
Debtor
Ladan Sheybani

1



Send to Printer


advertisement

## 2002 Toyota RAV4 Sport Utility 4D

**BLUE BOOK® TRADE-IN VALUE**



| Condition | Value |
|---|---|
| Excellent | $6,525 |
| Good | $6,000 |
| ✔ Fair | $5,125 |
| (Selected) | |


advertisement


advertisement

Close Window

### Vehicle Highlights

**Mileage:** 80,000
**Engine:** 4-Cyl. 2.0 Liter
**Transmission:** Automatic
**Drivetrain:** 2WD

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Power Steering | AM/FM Stereo | Dual Front Air Bags |
| Tilt Wheel | Cassette | |

### Blue Book Trade-In Value

Kelley Blue Book Trade-In Value is the amount consumers can expect to receive from a dealer for a trade-in vehicle, assuming an accurate appraisal of the vehicle's condition, mileage and features. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

### Vehicle Condition Ratings

**Excellent**                                                           $6,525

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

**Good**                                                                 $6,000

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

✔ **Fair** (Selected)                                                    $5,125

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

**Poor**                                                                   N/A

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame

　　　　or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

\* California 1/19/2010

Order on Motion to Avoid Lien (Personal Property) - Page 3    F 9013-1.7

| In re | | CHAPTER | 1:09-bk-25866-GM |
|---|---|---|---|
| | **Ladan Sheybani** | | |
| | Debtor(s). | CASE NUMBER | 1:09-bk-25866-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16633 Ventura Blvd., #503, Encino, CA 91436

A true and correct copy of the foregoing document described as **Motion to Avoid Lien on Personal Property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/19/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **01/19/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Geraldine Mund**
**U.S Bankruptcy Court**
**21041 Burbank Blvd., Suite number 342**
**Woodland Hills, Ca 91367**

Bank of America, N.A.
P. O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 19, 2010** | **Hamid Soleimanian** | **/s/ Hamid Soleimanian** |
|---|---|---|
| Date | Type Name | Signature |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 9013-1.7

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy