Hamid Soleimanian, Esq. 179885
Law Offices of Hamid Soleimanian
16633 Ventura Blvd. Suite 503
Encino, CA 91436
818.501.2040 ☎
818.501.3560 📠

Hamid Soleimanian, Esq. 179885
Attorney for Debtor: Ladan Sheybani

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In regards to: | Case No.: 1:09-bk-25866-GM |
| Ladan Sheybani, | **Chapter 13** |
| Debtor | DECLARATION OF HAMID SOLEIMANIAN IN RESPONSE TO CHAPTER 13 TRUSTEE'S OBJECTION RE: FEASIBILITY AS TO TREATMENT OF BANK OF AMERICA IN DEBTOR'S CHAPTER 13 PLAN |
| | Date:     September 28, 2010 |
| | Time:     1:30 p.m. |
| | Location: 21041 Burbank Blvd. #303 |
| |                Woodland Hills, CA  91367 |

**TO: THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; ELIZABETH ROJAS, CHAPTER 13 TRUSTEE; AND ALL OTHER INTERESTED PARTIES:**

**DECLARATION OF HAMID SOLEIMANIAN
IN RESPONSE TO THE CHAPTER 13 TRUSTEE'S
OBJECTION RE: FEASIBILITY AS TO THE TREATMENT
OF BANK OF AMERICA IN DEBTOR'S CHAPTER 13 PLAN**

I, HAMID SOLEIMANIAN, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am an attorney licensed to practice law in the State of California and in this Honorable Court.

2. I am the attorney of record for debtor, LADAN SHEYBANI (hereinafter "Debtor") in the instant case.

3. This declaration is submitted in support of our response to the Chapter 13 Trustee's objection as to the feasibility of debtor's proposed Chapter 13 Plan as noted in the Chapter 13 Trustee's "issue sheet." (see attached **Exhibit "1"**)

4. The alleged claim to which the ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE (hereinafter "Trustee") objects is non-existent as BANK OF AMERICA, N.A. (hereinafter "Creditor") has not filed a Proof of Claim. However, attached hereto and labeled **Exhibit "2"** is the Estimated Payoff Amount for Creditor's alleged claim as obtained from Creditor's website. The estimated payoff amount is $11,416.44 as of September 7, 2010.

5. Debtor's plan as filed proposed to pay-off Creditor's amount due at the fair market value of the subject vehicle, commonly known as a 2004 Toyota RAV-4 4x2 4-Door UTV, VIN: JTEGH20V520050812 (hereinafter the "subject vehicle").

6. The fair market value was determined by obtaining a KELLY BLUE BOOK report from www.kbb.com. Attached hereto as **Exhibit "3"** is Blue Book Report indicating that, IF the subject vehicle were in "EXCELLENT" condition, the subject vehicle would be worth approximately $9,575.

7. However, the subject vehicle has had minor damage which the debtor has subsequently obtained an estimate for the needed repairs. (see attached **Exhibit "4"**)

8. Considering the needed repairs costing approximately $4,159, it would appear that the fair market value of the vehicle would be approximately $5,416. Notwithstanding the aforementioned, I reasonably believe the value *could be as much as* $6,000. Consequently, this is how the fair market value was determined pursuant to In Re Morales, *2:08-bk-11017-ER (Bankr. C.D. California 2008)*.

9. Moreover, the basis of the Trustee's objection surely relies on 11 U.S.C. §1325(a)(9). Pursuant to the "floating paragraph" of §1325(a)(9):

"For purposes of paragraph (5), section 506 shall not apply to a claim described in that paragraph if the creditor is a purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910-day [period] preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle… acquired for the personal use of the debtor, or if collateral for that debt consists of any other thing of value, if the debt was incurred during the 1-year period preceding that filing."

10. In regards to the instant Creditor, the subject vehicle was originally purchased in 2004 and later REFINANCED on or about July 2008. Consequently, this IS NOT purchase money security.

11. I pray, on behalf of my client, that this Honorable Court confirm the proposed plan and allow debtor to pay the fair market value of $6,000 as a Class 3 creditor under debtor's proposed Chapter 13 Plan as filed on June 8, 2010 (see attached **Exhibit "5"**).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed this 10th day of September, 2010, at Valley Village, California.

/s/ *Hamid Soleimanian*
Hamid Solemanian, Esq.
Attorney for Debtor,
LADAN SHEYBANI

| In re:<br>**Ladan Sheybani** | CHAPTER: **13**<br>CASE NUMBER: **1:09-bk-25866-GM** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices of Hamid Soleimanian
16633 Ventura Blvd. Suite 503
Encino, CA 91436

A true and correct copy of the foregoing document described as __**DECLARATION OF HAMID SOLEIMANIAN IN RESPONSE TO CHAPTER 13 TRUSTEE'S OBJECTION RE: FEASIBILITY AS TO TREATMENT OF BANK OF AMERICA IN DEBTOR'S CHAPTER 13 PLAN**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __September 10, 2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

```
cacb_ecf_sv@ch13wla.com (CHAPTER 13 TRUSTEE)
ustpregion16.wh.ecf@usdoj.gov (U.S. TRUSTEE'S OFFICE)
```

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __September 10, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Hon. Geraldine Mund<br>U.S. BANKRUPTCY COURT JUDGE<br>21041 Burbank Blvd., Ste 342,<br>Woodland Hills, CA 91367 | Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 |
|---|---|

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 10, 2010 | **HAMID SOLEIMANIAN** | /s/ Hamid Soleimanian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DECLARATION OF HAMID SOLEIMANIAN - 10

Label Matrix for local noticing
0973-1
Case 1:09-bk-25866-GM
Central District Of California
San Fernando Valley
Fri Sep 10 14:09:00 PDT 2010

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

PRA Receivables Management LLC
(successor to Capital One)
P.O. Box 41067
Norfolk, VA 23541-1067

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Bank Corp., a Utah Industrial Bank
By PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

American Express Travel Related Services
Co, Inc
POB 3001
Malvern, PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Bank of America, N.A.
P. O. Box 26012
NC4-105-03-14
Greensboro, NC 27420-6012

Barneys New York
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374-0933

Barneys Ny Cred Co
1201 Valley Brook Ave
Lyndhurst, NJ 07071-3509

Chase - Cc
Attention: Bankruptcy Department
Po Box 15298
Wilmington, DE 19850-5298

Chase Manhattan Mortgage
Attention: Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219-6009

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

Discover Bank/DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

FIA CARD SERVICES, NA AS SUCCESSOR IN INTERE
BANK OF AMERICA, NA AND MBNA AMERICA BAN
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

GEMB / Mervyns
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

JPMorgan Chase Bank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o The Home Depot
POB 41067
NORFOLK, VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Bank Of America
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Citibank
POB 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

Rjm Acquisitions Funding Llc
575 Underhill Blvd
Suite 224
Syosset, NY 11791-3416

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Tnb-visa
Po Box 9475
Minneapolis, MN 55440-9475

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210

Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208-5058

Wells Fargo Home Mtg
Bankruptcy Department  MAC-X
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Elizabeth (SV) F Rojas (TR)
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403-2436

Hamid Soleimanian
16633 Ventura Blvd Ste 555
Encino, CA 91436-1823

Ladan Sheybani
17711 Margate St., #312
Encino, CA 91316-3212


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Advanta Bank Corp
Po Box 844
Spring House, PA 19477


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

(d)Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

End of Label Matrix
Mailable recipients    40
Bypassed recipients     2
Total                  42